UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1-10-MJ-114 |
| v. ) | |
| ) | |
| JIMMY DALE GREEN ) | |

MEMORANDUM AND ORDER

In accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure and in accordance with the Bail Reform Act, 18 United States Code § 3142(f), the initial appearance, preliminary hearing, and detention hearing were held in this action on April 2, 2010.

Upon being sworn the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

The defendant acknowledged he had received a copy of the Criminal Complaint. It was determined he was capable of being able to read and understand these proceedings.

Preliminary Hearing - Proof

AUSA Piper moved the court for an order detaining the defendant. The defendant waived his detention hearing and preliminary hearing, reserving the right to ask for a detention hearing at a later date.

Findings

Based on the sworn Affidavit/Complaint and defendant's waiver of preliminary hearing and detention hearing, the undersigned finds:

(1) There is probable cause to believe that there have been violations of 21 U.S.C. §§ 846 and 843(a)(6), conspiracy and attempt to manufacture methamphetamine and possession of chemicals and equipment necessary for the manufacture of methamphetamine, committed in the Eastern District of Tennessee.

(2) There is probable cause to believe the defendant committed the aforesaid offenses.

1

## Conclusions

It is therefore ORDERED:

(1)  The defendant is DETAINED without bail.

(2)  The defendant's next appearance shall be before the undersigned U.S. Magistrate Judge at **10:00 a.m. on Thursday, April 15, 2010.**


ENTER.

Dated:  April 5, 2010               *s/William B. Mitchell Carter*
                                    UNITED STATES MAGISTRATE JUDGE